**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| SHAWN ACHS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:24-cv-93 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| 3M Company, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

The above captioned matter is hereby **TRANSFERRED** from the docket of the Honorable Thomas M. Rose to the Clerk of the United States District Court for the Southern District of Ohio at Dayton, for random reassignment.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, March 27, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE