# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHAWN ACHS, *et al.*, | : | Case No. 3:24-cv-93 |
| Plaintiffs, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| 3M COMPANY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court upon the Unopposed Motion of Defendants Tyco Fire Products LP and Chemguard, Inc. for Extension of Time to Respond to Plaintiffs' Complaint With Jury Demand ("Motion").  (Doc. #6).  For the reasons set forth in the Motion, the Motion (Doc. #6) is **GRANTED**.

**IT IS THEREFORE ORDERED** that all Defendants shall have 28 days from the date of entry of the Judicial Panel on Multidistrict Litigation's decision on whether transfer to the Multidistrict Litigation to respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

March 27, 2024

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge